UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                                    Cr. No. 05-    01-

DOMINICK BAILEY

INDICTMENT
Count One

(18 U.S.C. § 922 (g)(1): Possession of a Firearm
by a Convicted Felon)

From on or about the 18th through the 22nd day of April, 2005, in the District

of New Hampshire, the defendant,

DOMINICK BAILEY

having been convicted on or about July 13, 1998, in the United States District Court, District of

Vermont, Case Number 2:96CR00082-001, of Possession of Firearms by a Convicted Felon (2

counts), each a felony punishable by a term of imprisonment exceeding one (1) year, knowingly

and intelligently possessed the following firearms: 1) a Mossberg, Model 500, 12 gauge shotgun,

serial number H112288, 2) a Winchester, Model 94, .32 caliber lever action, serial number

1794775, 3) a Sear's Ranger, 6 gauge shotgun, no serial number, and  4) a Savage 840, 30-30

caliber rifle, serial number 274103, all of which had been shipped or transported in interstate

commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

The Grand Jury further charges:

### Count Two

(18 U.S.C. § 922 (g)(1): Possession of Ammunition
by a Convicted Felon)

From on or about the 18th through the 22nd day of April, 2005, in the District of New Hampshire, the defendant,

DOMINICK BAILEY

having been convicted on or about July 13, 1998, in the United States District Court, District of Vermont, Case Number 2:96CR00082-001, of Possession of Firearms by a Convicted Felon (2 counts), each a felony punishable by a term of imprisonment exceeding one (1) year, knowingly and intelligently possessed the following ammunition: One hundred and twenty-six (126) rounds of Federal, .22 caliber ammunition, One (1) round of Winchester, .32 caliber ammunition spent casing, One (1) round of Remington, .30-06 caliber ammunition spent casing, Twenty-five (25) rounds of Winchester, 12-gauge, shotgun shell ammunition, One hundred and eighty-one (181) rounds of Winchester, .45 caliber pistol ammunition, Forty-seven (47) rounds of Fabrique Nationale, .45 caliber, pistol ammunition, Nine (9) rounds of Remington, .45 caliber, pistol ammunition, Fourteen (14) rounds of Federal Cartridge Co., .30-06 caliber, rifle ammunition, Five (5) rounds of Winchester, .30-06 caliber, rifle ammunition (spent casings), Five (5) rounds of Remington, .32 caliber, rifle ammunition, One (1) round of Remington, .32 caliber, rifle ammunition spent casings, One (1) round of Winchester, .32 caliber, rifle ammunition, and Two (2) rounds of Winchester, .32 caliber, rifle ammunition spent casings, all of which had been shipped or transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Count Three

(18 U.S.C. 922 (j): Possession of a Stolen Firearm)

From on or about the 18th through the 22nd day of April, 2005, in the District of New Hampshire, the defendant,

DOMINICK BAILEY

knowingly, received, possessed, concealed, stored, sold or disposed of the following stolen firearms:1) a Mossberg, Model 500, 12 gauge shotgun, 2) a Winchester, Model 94, .32 caliber lever action, 3) a Sear's Ranger, 6 gauge shotgun, and 4) a Savage 840, 30-30 caliber rifle, all of which had been shipped or transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

Dated:

A TRUE BILL

/s/ Foreperson
Foreperson of the Grand Jury

THOMAS COLANTUONO
United States Attorney
District of New Hampshire

/s/ Debra M. Walsh
By:   Debra M. Walsh
      Special Assistant United States Attorney