UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                Cr.

Dominick Bailey

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 28th day of September 2005.

This 28th day of September 2005.

THOMAS P. COLANTUONO
United States Attorney


/s/ Debra M. Walsh
Debra M. Walsh
Assistant U.S. Attorney


WARRANT ISSUED: _____