**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

United States of America

       v.                    Criminal No. 05-cr-207-01-SM

Dominick Bailey

### ORDER FOR DETENTION OF MENTAL COMPETENCY OF DEFENDANT

On October 24, 2005, in connection with a scheduled arraignment/detention hearing in this case, the defendant, by and through his counsel, Sandra Bloomenthal, moved for a hearing to determine the competency of the defendant to stand trial under 18 U.S.C. § 4241(a).  Debra M. Walsh, Assistant U.S. Attorney, had no objection and assented to the motion.  Based upon the facts outlined by Attorney Bloomenthal, the court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to stand trial.

It is therefore **ORDERED** that the defendant shall be committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility where an examination of the defendant's mental condition can be

conducted to determine his competency to stand trial.  The examining officials shall prepare a report of their findings pursuant to 18 U.S.C. § 4247(b), which report shall be filed with this court.

    **SO ORDERED.**

                                                James R. Muirhead
                                                United States Magistrate Judge

Date: October 24, 2005

cc:    Debra M. Walsh, AUSA
       Sandra Bloomenthal, Esq.
       U.S. Marshal
       U.S. Probation