

UNITED STATES GOVERNMENT
## Federal Bureau of Prisons
*Federal Medical Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

November 14, 2005

The Honorable James R. Muirhead
United States Magistrate Judge
District of New Hampshire
55 Pleasant Street
Room 110
Concord, NH 03301-3941

Re:  BAILEY, Dominick
     Case No. 05-cr-207-01-SM
     Reg. No. 04074-082

Dear Judge Muirhead:

Your court order, dated October 24, 2005, committed Dominick Bailey to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241, to determine his competence to stand trial. Mr. Bailey arrived at the Federal Medical Center (FMC) Lexington, Kentucky, on November 10, 2005. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 45 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by December 23, 2005, and a report would be available to the Court by January 13, 2006.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Stephen M. Dewalt
Warden