UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                   Case No. 05-cr-207-01-SM

Dominick Bailey

## O R D E R

Defendant Bailey's oral motion to continue the final pretrial conference and trial was granted in court. Trial has been rescheduled for the April 2006 trial period. Defendant Bailey shall file a waiver of speedy trial rights not later than March 8, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:** March 22, 2006 at 4:00 p.m.

    **Jury Selection**: April 4, 2006 at 9:30 a.m.

SO ORDERED.

                                                                   _____
                                                                   Steven J. McAuliffe
                                                                   Chief Judge

February 28, 2006

cc:   Sandra Bloomenthal, Esq.
       Debra Walsh, AUSA
       US Probation
       US Marshal