UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NUMBER 2005R00257

UNITED STATES OF AMERICA

vs

DOMINICK BAILEY

MOTION IN LIMINAE

     Now comes the Defendant in the above entitled matter and moves this Honorable Court redetermine the defendant's competency to stand trial.  As reason therefore: defense counsel states that there appears to have been behavioral issues with the defendant who has been placed "in the hole" at his place of detention due to his behavior.  Furthermore, the defendant has been hostile and aggressive to counsel, refused to take copies of discovery from her during a visit and was so loud and agitated during that visit that the guard had to intercede.  The defendant .further refuses to make decision and appears to not be able to work competently with counsel.

By his attorney,

3/29/06  /s/ Sandra Bloomenthal

Sandra Bloomenthal
39 Academy Street
Unit 2
Tilton, NH 03276
603) 286- 9225