UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NUMBER 05-257

UNITED STATES OF AMERICA

vs

DOMINICK BAILEY.

MOTION FOR EXCESS FEES

Now comes the counsel for Defendant in the above entitled matter and moves this Honorable Court authorize payment of attorney's fees in excess of the statutory Seven Thousand Dollars.  As reason therefore: this matter has been highly time consuming and complex with the defendant suffering from severe mental illness and requiring constant communication, attention of counsel.  Defendant sends lengthy and confusing correspondence to counsel and calls frequently.

By his attorney,

12/12/06                                    /s/ Sandra Bloomenthal


                                            Sandra Bloomenthal
                                            39 Academy Street
                                            Unit 1
                                            Tilton, NH 03276
                                            (603) 286- 9225